FILED
5/1/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN
SH

SCANNED AT STATEVILLE CC and E-mailed
05/1/2020 by MC  4 pages
date  initials  No.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PIERRE JAMES #R14787
   Plaintiff

v.

GHALIAH OBAISI, independant executor
of the estate of SALEH OBAISI, MD (Deceased)
   Defendants

Case No 17 C 2351

Sharon Johnson Coleman
Presiding Judge

## RENEWED MOTION FOR EXTENSION OF TIME

Now comes, Pierre James, pro'se moving this court to renew his extension of time for the same grounds as his earlier motion.

1. Plaintiff also asks again that the court provide any forms related to filing an appeal before the court and how to do instructions.

2. The court continues to send its orders to Hill Corr. Ctr. although the plaintiff gave proper notice to the court he had transferred to Stateville back in August of 2019 to attend Northwestern Univ. Education program (NPEP). This is a delay over a month or more in us mail.

3. Plaintiff was also informed that all plaintiffs and/or parties who are incarserated recieved a document from the federal courts staying or placing on hold all

court deadlines which the plaintiff was told would include any challenges to his judgment.

WHEREFORE the plaintiff pray this Court grants extension based off of the Federal Courts standing in its order given to incarcerated parties related to litigating there case during this pandemic. And that standing should be applied to the motion to Alter or Amend Judgment.

Respectfully Submitted
/s/ Pierre James
Pierre James #R14781
Stateville Corr. Ctr. P.OB.112
Joliet IL 60434
Date 4/2 /2020

Declaration

I, Pierre James declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Date: /  /2020                                    /s/ Pierre James

NOTICE OF E-FILE / CERTIFICATE OF SERVICE

I hereby certify that I prepared this attached motion to be E-Filed on 4/24/2020 with the clerk of the court of the Northern District of Illinois. Law Library staff picked it up on 5/1/2020 to be e-filed, on the one day a week when they do pick ups due to Covid-19 here at Stateville.

/s/ Pierre James
Pierre James #R14787
Stateville C.C. P.O. Box 112
Joliet Il 60434
Date: / /2020

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Pierre James

                Plaintiff,

v.

                Case No.: 1:17−cv−02351
                Honorable Sharon Johnson Coleman

Saleh Obaisi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Because pro se plaintiff has established good cause under Federal Rule of Appellate Procedure 4(a)(5)(A) due to the inaccessibility of information at Stateville Correctional Center during the COVID−19 pandemic, the Court grants plaintiff's motion to extend the time to file a notice of appeal by 30 days. [111]. The Court, however, does not have the legal authority to extend the deadline for plaintiff to file a Federal Rule of Civil Procedure 59(e) motion. See Fed.R.Civ.P. 6(b)(2). Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.